James Pooley, SBN 058041
james@pooley.com
James Pooley
A Professional Law Corporation
325 Sharon Park Dr., #208
Menlo Park, CA 94025
Telephone: (650) 285 8520

*Attorney for Defendant*
Vikas Gupta

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUFG UNION BANK, N.A., a national association;<br><br>Plaintiff,<br><br>v.<br><br>VIKAS GUPTA, an individual;<br><br>Defendant. | CASE NO.: 2:17-cv-8988 CAS (JCx)<br><br>The Hon. Christina A. Snyder<br>Courtroom 8D<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: December 21, 2017<br>Current Response Date: January 11, 2018<br>New Response Date: February 9, 2018 |

Pursuant to Local Rule 8-3, Plaintiff MUFG Union Bank, N.A. and Defendant Vikas Gupta hereby stipulate that Defendant shall have until on or before February 9, 2018 to answer or otherwise respond to Plaintiff's Complaint.

In support of this stipulation, the parties state as follows:

1. Plaintiff filed its Complaint on December 14, 2017. Docket No. 1.

2. Plaintiff served the Complaint and other related documents on Defendant (through acceptance of service by counsel) on December 21, 2017. Docket No. 9. Defendant's response to Plaintiff's Complaint is, therefore, due to be filed on or before January 11, 2018. *Id.*

3. The parties are presently in the process of negotiating a global resolution of this matter.

4. The limited extension of time stipulated to by the parties will permit the parties to fully pursue their negotiations while not simultaneously requiring Defendant to expend resources responding to Plaintiff's Complaint.

**SO STIPULATED.**

BY PLAINTIFF'S COUNSEL

DATED: January 8, 2018          FISHER & PHILLIPS LLP

                                By: /s/ Usama Kahf
                                    PAVNEET SINGH UPPAL
                                    USAMA KAHF
                                    Attorneys for Plaintiff MUFG Union Bank, N.A.

BY DEFENDANT'S COUNSEL

DATED: January 8, 2018          JAMES POOLEY

                                By:/s/James Pooley
                                    JAMES POOLEY
                                    Attorney for Defendant VIKAS GUPTA